
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| JASON JON LAVEGLIA, | No. 2:21-bk-00632-MCW |
| Debtor. | **ORDER APPOINTING REAL ESTATE BROKER FOR TRUSTEE** |

Upon the Application of Constantino Flores, Chapter 7 bankruptcy trustee (the "**Trustee**") in the above-captioned bankruptcy proceeding, requesting that R.O.I. Properties LLC serve as real estate broker to the Trustee and upon the verified statement filed pursuant to Rule 2014, Rules of Bankruptcy Procedure, and the Court being satisfied that R.O.I. Properties LLC represents no adverse interest to the estate pursuant to 11 U.S.C. §§ 101(14) and 327, and the Court being satisfied that said employment is necessary and will be in the best interest of this estate,

**IT IS ORDERED** that R.O.I. Properties LLC shall be employed as of the date the application and verified statement were filed with this Court, to serve as real estate broker for the Trustee subject to the terms set forth in the Application with certain qualifications set forth hereinafter.

**IT IS FURTHER ORDERED** that R.O.I. Properties LLC shall provide the following services to the Trustee:

> To market, sell, and perform services to preserve and protect that certain property located at 13579 E. Cortez Dr., Scottsdale, Arizona 85259 (the "**Property**"), and thereby liquidate the same for the highest and best offer.

**IT IS FURTHER ORDERED** initially approving a real estate broker's commission in the amount equal to six percent (6%) of the purchase price for any sale that may arise from said services plus reasonable and necessary expenses in preserving the Property; but no compensation or reimbursement of costs shall be paid until after an appropriate motion has been filed and notice and hearing have occurred concerning said motion.

**SIGNED AND DATED ABOVE**