**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Paul M. Hilkert – 028934
Email: paul.hilkert@lane-nach.com

*Attorney for Constantino Flores, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JASON JON LAVEGLIA,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:21-bk-00632-MCW<br><br>**TRUSTEE'S LIMITED RESPONSE TO EMERGENCY MOTION TO SUSPEND SALE OF PROPERTY AND REQUEST TIME TO SEEK NEW COUNSEL AND REQUEST FOR ACCESS TO THE REAL PROPERTY** |

Constantino Flores, the Chapter 7 bankruptcy trustee herein (the "**Trustee**"), by and through counsel undersigned, herein files this Limited Response to the *Emergency Motion to Suspend Sale of Property and Request Time to Seek New Counsel* (the "**Motion**") filed by Jason Laveglia (the "**Debtor**") and Request for Access to the Real Property located at 13579 E. Cortez Dr., Scottsdale, AZ 85259 (the "**Real Property**"). Although the Real Property is currently listed for sale, as the Court noted in its *Order to Show Cause to Mark Wesbrooks; and Order Setting Hearing on May 10, 2022 at 10:45 a.m.* [Dkt. Entry No. 33], there is currently no sale pending for the Real Property. Accordingly, the Trustee does not believe there is anything to be postponed at this time.

Counsel for the Trustee has been in contact with the Debtor twice since the Court authorized the withdrawal of the Debtor's former bankruptcy counsel in an effort to move this

matter forward. The Debtor has indicated that he is in the process of considering new bankruptcy counsel. Counsel for the Trustee informed the Debtor that the Trustee is hopeful that the Debtor will make a determination as to bankruptcy counsel prior to the hearing on the Motion and that arrangements can be made for the broker employed by the Trustee to market and sell the Real Property to have access thereto prior to the hearing on the Motion, in order to advance the Trustee's efforts to sell the Real Property[1].

WHEREFORE, Constantino Flores, Trustee, respectfully requests that this Court enter its Order denying the Motion as moot due to the fact that there is no pending sale for the Real Property at this time, directing the Debtor to provide the Trustee and his professionals access to the Real Property for the purpose of marketing the Real Property for sale, and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this  22nd  day of April, 2022.

**LANE & NACH, P.C.**

By: */s/ Paul M. Hilkert – 028934*
Paul M. Hilkert
*Attorneys for Trustee*

---

[1] The Trustee notes that the Debtor, understandably, has confusion about the bankruptcy procedure for marketing and selling real property and that the Debtor has not been purposefully uncooperative regarding the sale process. Moreover, based upon discussions with the Debtor, the Trustee believes that once the Debtor has an opportunity to review this matter with prospective new attorneys, the Debtor will cooperate with the Trustee's efforts to advance the marketing and sale of the Real Property or settle any claims related thereto.

COPY of the foregoing delivered
via U.S. mail as follows:

Jason J. Laveglia
13579 E. Cortez Dr.
Scottsdale, AZ 85259

COPY of the foregoing delivered
via electronic mail as follows:

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Elizabeth.C.Amorosi@usdoj.gov
Email: ustpregion14.px.ecf@usdoj.gov

By _/s/ Deborah McKernan_